DocuSign Envelope ID: 644C9DFE-82AE-4BC2-9915-FD862C700D74

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

PRENTICE COX,                                          1:23-cv-00142-ER

                         Plaintiffs,              **STIPULATION OF**
                                                  **DISCONTINUANCE**
                                                  <u>**WITH PREJUDICE**</u>

            -against-

ANME DESIGN CONCEPTS LLC AND 249 BLEECKER, LLC,

                         Defendant.
-----------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is <u>discontinued with prejudice  against all parties</u> without costs to any party or against any other pursuant to FRCP 41 (A)(1)(a)(ii).  This Stipulation may be filed without further notice with the Clerk of the Court.

      This Stipulation shall not be in effect until executed by all parties set forth herein.

Dated:    June 6/19/2023

GOLDSCHEIN LAW PRACTICE                           THE MARKS LAW FIRM, P.C.

_Eytan Goldschein_                                _____
Eytan M Goldschein                                Bradly Marks
940 Atlantic Ave                                  155 East 55th Street, Suite 4H
Brooklyn, NY 11238                                New York, New York 10022
Attorneys for Defendants                          Attorneys for Plaintiff
*ANME DESIGN CONCEPTS LLC*
 *AND 249 BLEECKER, LLC*